UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ENRIQUE ESCOBAR,<br><br>Plaintiff,<br><br>v.<br><br>VELOCITY INVESTMENTS, LLC,<br><br>Defendant. | Case No. 7:19-cv-00060<br><br>Honorable Judge Ricardo H. Hinojosa |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ENRIQUE ESCOBAR ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days. The Parties propose to file a stipulated dismissal, with prejudice, within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 23th day of May, 2019.

                                      Respectfully submitted,

                                      *s/ Omar T. Sulaiman*
                                      Omar T. Sulaiman
                                      Sulaiman Law Group, Ltd.
                                      2500 S. Highland Avenue, Suite 200
                                      Lombard, IL 60148
                                      Phone: (630) 575-8181
                                      osulaiman@sulaimanlaw.com
                                      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*_____
Omar T. Sulaiman